UNITED STATES BANKRUPTCY COURT
DISTRICT OF Nevada
Reno DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-50427 |
| | | CHAPTER 13 |
| | § | |
| | | Mike K. Nakagawa |
| | § | |
| Robert P Morris | | |
| | § | REQUEST FOR NOTICE |
| | | FOR CREDITOR (DYCK-O'NEAL) |

Comes now a party in interest, Dyck-O'Neal, Inc., and respectfully requests notice in the above identified case.

Please send all future notices to the following address:

      Dyck-O'Neal, Inc.
      P.O. Box 13370
      Arlington, TX  76094

      Respectfully submitted,

      /s/ Melissa Gattis
      Dyck-O'Neal, Inc.
      Bankruptcy Dept.
      P.O. Box 13370
      Arlington, TX  76094
      (800) 418-9401

Electronic or mailed copies to:

| | |
|---|---|
| William A. Van Meter | Stephen R. Harris |
| PO Box 6630 | BELDING, HARRIS & PETRONI, LTD |
| | 417 W. Plumb Ln |
| Reno, NV 89513 | Reno, NV 89509 |

17072265