Entered on Docket
June 18, 2008

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

WALSH BAKER & ROSEVEAR PC
William Baker, Esq.
9468 Double R Blvd., Suite A
Reno, Nevada 89521
1-775-853-0883

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695

Attorneys for Secured Creditor
Woodchase Condo Homeowner's Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

ROBERT P. MORRIS,

    Debtor(s).
_____/

BK-N- 08-50427
CHAPTER 13
Hearing Date: None Required
and Time:
Mtn No. _____
Est Time: 5 Minutes
**STIPULATION AND ORDER
VACATING AUTOMATIC STAY**

COMES NOW Secured Creditor, Woodchase Condo Homeowner's Association, by and through its attorneys, William Baker, Esq. and

1

Michael Lehners, Esq.; Debtor, Robert Morris, by and through his attorney, Stephen R. Harris, Esq.; and Chapter Thirteen Trustee, William Van Meter, and agree as follows:

1. That Secured Creditor holds a lien on the Debtor's condominium located at 555 East Patriot Blvd., Unit No. 172-F, Reno, Nevada for dues, late charges, reserve contributions and other charges. As of June 9, 2008 the amount of this lien was $6,582.08.

2. That the Debtor has valued the condominium at $110,000.00 in his bankruptcy schedules. The Debtor shows that the condominium is subject to a first deed of trust in favor of Home EQ in the amount of $128,000.00 and a second deed of trust in favor of Countrywide the amount of $31,879.98.

3. That the Association Dues are in default. The Debtor does not seek to cure, reinstate, or liquidate same by virtue of his Chapter 13 proceeding.

4. That the condominium is not required nor is necessary for an effective reorganization and that the Debtor has no equity in said property, and said property is not a benefit to the Debtor's estate.

5. That the automatic stay imposed by virtue of 11 U.S.C. §362 shall be lifted, as it concerns the condominium, thereby giving Secured Creditor immediate recourse to exercise its rights against the collateral by virtue of the laws in the State of Nevada.

6. This stipulation shall be binding in the event that this bankruptcy is converted to another chapter.

7. It is further stipulated that the provisions of Bankruptcy Rule 4001(a)(3) are waived and this Order shall be in full force and effect upon the signature of the Judge.

IT IS HEREBY ORDERED that the above stipulation is approved and that the Debtor, Trustee and Secured Creditor be bound by the terms therein.

Submitted by:

*/s/ Michael Lehners/*
Michael Lehners, Esq.
Attorney for Secured Creditor

Approved by:

*See Attached*
Stephen Harris, Esq.
Attorney for the Debtor

Approved by

*See Attached*
William Van Meter
Chapter Thirteen Trustee

# # #

3

1 | IT IS HEREBY ORDERED that the above stipulation is approved and that the Debtor, Trustee and Secured Creditor be bound by the terms therein.

Submitted by:

Approved by:

_____
Michael Lehners, Esq.
Attorney for Secured Creditor

_____
Stephen Harris, Esq.
Attorney for the Debtor

Approved by

_____
William Van Meter
Chapter Thirteen Trustee

# # #

IT IS HEREBY ORDERED that the above stipulation is approved and that the Debtor, Trustee and Secured Creditor be bound by the terms therein.

Submitted by:

Approved by:

_____
Michael Lehners, Esq.
Attorney for Secured Creditor

_____
Stephen Harris, Esq.
Attorney for the Debtor

Approved by

_____
William Van Meter
Chapter Thirteen Trustee

# # #

3