Loan No. 3173

UNITED STATES BANKRUPTCY COURT
 DISTRICT OF NEVADA
---------------------------------------------------X          Chapter 13
IN RE:                                                                         Case # 08-50427
Robert P. Morris

      Debtor(s)                                               **REQUEST FOR NOTICE**
---------------------------------------------------X

SIR:

      **PLEASE TAKE NOTICE** that Wells Fargo Bank, National Association as Trustee hereby appears in the above action, and demand that all papers in the case be served on Wells Fargo Bank, National Association as Trustee at the address stated below.

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: June 24, 2008
       Plainview, New York

                                        /S/ Andrew Goldberg
                                        Attorney in fact for Claimant
                                        C/o Rosicki, Rosicki & Associates, P.C.
                                        Outsource Management Department
                                        Main Office: 51 E. Bethpage Road
                                        Plainview, New York 11803

TO:

Stephen R. Harris, Esq.
Attorney for Debtor
417 W Plumb Ln.
Reno, NV 89509

William Van Meter, Esq.
Trustee
P.O. Box 6630
Reno, NV 89513

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------X           Chapter 13
IN RE:                                                         Case # 08-50427
   Robert P. Morris

       Debtor(s)                                    **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
        ss:
COUNTY OF NASSAU)

    Jennifer Albergo, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

    On June 24, 2008 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Stephen R. Harris, Esq.
Attorney for Debtor
417 W Plumb Ln.
Reno, NV 89509

William Van Meter, Esq.
Trustee
P.O. Box 6630
Reno, NV 89513

                                           /s/ Jennifer Albergo
                                           Jennifer Albergo

Sworn to before me on
June 24, 2008
/s/ Betsy P. Tarr
NOTARY PUBLIC                      BETSY P. TARR
                                           NOTARY PUBLIC, State of New York
                                           No. 01TA6000083
                                           Qualified in Nassau County
                                           Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------x
IN RE:

Robert P. Morris
        Debtor(s)

--------------------------------------------------x

## REQUEST FOR NOTICE

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Outsource Management Department
Main Office: 51 E. Bethpage Road
Plainview, New York 11803