1 | Jeremy T. Bergstrom, Esq.     E-filed on July 20, 2009
Attorney Bar No. 6904
2 | MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
3 | Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
4 | File No. 09-93372

5 | Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP
6

**UNITED STATES BANKRUPTCY COURT**
7 | **DISTRICT OF NEVADA**

8 | In Re,     BK No.: BK-N-08-50427-GWZ

9 | ROBERT P. MORRIS,     Chapter 13

10 |     Debtor(s).     **REQUEST FOR SPECIAL NOTICE**

11 | TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.
12
PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and
13
Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP, requests that all
14
notices given in this case and all papers served or required to be served in this case (including,
15
but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and
16
Trustee's No-Asset Report), be given to and served upon the undersigned at the following
17
address and telephone number.
18
    Jeremy T. Bergstrom, Esq.
19 |     MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
20 |     Henderson, NV 89052
    PH (702) 369-5960
21
    MILES, BAUER, BERGSTROM & WINTERS, LLP
22
Dated:    July 17, 2009        By:    /s/ Jeremy T. Bergstrom, Esq.
23 |                                 Jeremy T. Bergstrom, Esq.
                                Attorney for Secured Creditor
24

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   July 20, 2009  , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Stephen R. Harris
Belding, Harris & Petroni, LTD
417 W. Plumb Ln.
Reno, NV 89509

CHAPTER 13 TRUSTEE:
William A. Van Meter
P.O. Box 6630
Reno, NV  89513

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　/s/ Sara Aslinger
　　　　　　　　　　　　　　　　　　　　　An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93372/rfsnlv.dot/sla)**